IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

TOMAS OQUENDO MONTAÑEZ
CARMEN I. RIVERA CASTRO

DEBTOR(S)

CASE NUM.: 10-09130 SEK

CHAPTER 13 (ASSET CASE)

**CERTIFICATE OF SERVICE**

**TO THE HONORABLE COURT:**

**COMES(S)** now Debtor(s) represented by the undersigned counsel and respectfully allege(s) and pray(s) as follows:

1. The undersigned attorney hereby certificates that has notified all creditors and persons with interest as per master address list of the Chapter 13, **dated 10/21/2010**.

**WHEREFORE**, it is respectfully requested from this Honorable Court to take notice of this service.

In San Juan, Puerto Rico, this 21 day of October, 2010.

**I HEREBY CERTIFY:** That I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Chapter 13 Trustee **José R. Carrión, Esq.**, US Trustee **Monsita Lecaroz Arribas** and to all those who in this case have registered for receipt of notice by electronic mail and I hereby certify that I have mailed by regular mail to all creditors listed on the attached Master Address List.

**RESPECTFULLY SUBMITTED.**

*/S/MARILYN VALDES ORTEGA*
**MARILYN VALDES ORTEGA**
USDC PR 214711
P.O.Box 195596
San Juan, PR 00919-5596
Tel. (787) 758-4400
Fax. (787) 763-0144
E-mail: valdeslaw@prtc.net

United States Bankruptcy Court
District of Puerto Rico

IN RE:                                                                  Case No. **10-09130-13**

**OQUENDO MONTAÑEZ, TOMAS & RIVERA CASTRO, CARMEN IRIS**      Chapter **13**
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____
☐ PRE ☐ POST-CONFIRMATION

☑ AMENDED PLAN DATED: **10/21/2010**
Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | | | | |
|---|---|---|---|---|
| $ | 270.00 x | 12 = $ | 3,240.00 |
| $ | 300.00 x | 24 = $ | 7,200.00 |
| $ | 325.00 x | 24 = $ | 7,800.00 |
| $ | x | = $ | |
| $ | x | = $ | |

TOTAL: $     **18,240.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $     **18,240.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $    **2,974.00**

Signed: **/s/ TOMAS OQUENDO MONTAÑEZ**
         Debtor

        **/s/ CARMEN IRIS RIVERA CASTRO**
         Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **RG MORTGAGE**    Cr. _____    Cr. _____
# **2462**           # _____        # _____
$    **3,100.00**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **FIRST BANK PUERT**   Cr. _____   Cr. _____
# **1429**           # _____        # _____
$    **8,134.09**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____     $ _____     $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
    **RG MORTGAGE**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____    Cr. _____    Cr. _____
# _____      # _____      # _____
$ _____     $ _____     $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
**See Continuation Sheet**

Attorney for Debtor **Marilyn Valdes Ortega Law Offices**          Phone: **(787) 758-4400**

CHAPTER 13 PAYMENT PLAN

IN RE OQUENDO MONTAÑEZ, TOMAS & RIVERA CASTRO, CARMEN IRIS        Case No. 10-09130-13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

TRUSTEE TO PAY ATORNEY'S FEES BEFORE ANY SECURED OR PRIORITY CREDITOR 11 USC 330.

TAX REFUNDS, IF ANY ARE RECEIVED BY DEBTOR, WILL BE TENDERED TO THE TRUSTEE AS A PERIODIC PAYMENT TO FUND THE PLAN UNTIL PLAN COMPLETION IN ADDITION TO PAYMENTS PROVIDED HEREIN. IF DEBTOR(S) NEED TO USE ANY PART OF THESE FUNDS, PROPER AUTHORIZATION WILL BE SOUGHT IN THE COURT FOR SUCH PURPOSE.

FAILURE TO TIMELY OBJECT TO THIS PLAN CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT UNDER 11 USC 1325(a)(5).

MONTHLY ADECUATE PROTECTION PAYMENTS TO FIRST BANK FROM THE FILING OF THE PETITION TO BE PAID BY THE TRUSTEE UNTIL CONFIRMATION IN THE AMOUNT OF $70.00.

INSURANCE TO FIRST BANK THROUGH EASTERN AMERICAN INSURANCE AT THE END OF THE SALES CONTRACT, DISTRIBUTION BY TRUSTEE TO BEGIN AT THE END OF THE SALES CONTRACT IN THE APROXIMATE AMOUNT OF $500.00 DOLLARS.

| | |
|---|---|
| OQUENDO MONTAÑEZ TOMAS<br>PO BOX 779<br>SAINT JUST PR 00978-0779 | FIRST BANK PUERTO RICO<br>DEPARTAMENTO DE AUTOS<br>PO BOX 13817<br>SAN JUAN PR 00908-3817 |
| RIVERA CASTRO CARMEN IRIS<br>PO BOX 779<br>SAINT JUST PR 00978-0779 | FIRST PREMIER BANK<br>PO BOX 5147<br>SIOUX FALLS SD 57117-5147 |
| MARILYN VALDES ORTEGA LAW OFFICES<br>PO BOX 195596<br>SAN JUAN PR 00919-5596 | JC PENNEY<br>PO BOX 960090<br>ORLANDO FL 32896-0090 |
| AT & T<br>PO BOX 15067<br>SAN JUAN PR 00902-8567 | MONEY EXPRESS<br>PO BOX 11867<br>SAN JUAN PR 00910 |
| CITIBANK<br>PO BOX 364106<br>SAN JUAN PR 00936-4106 | RG MORTGAGE<br>PO BOX 362394<br>SAN JUAN PR 00936-2394 |
| CITIFINANCIAL<br>PO BOX 71328<br>SAN JUAN PR 00936-8428 | SAM'S CLUB<br>PO BOX 530942<br>ATLANTA GA 30353-0942 |
| COMMOLOCO<br>PO BOX 1886<br>CAROLINA PR 00984-1886 | SEARS<br>PO BOX 183081<br>COLUMBUS OH 43218-3081 |
| DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>OFICINA 424 B<br>SAN JUAN PR 00902-4140 | WALMART<br>PO BOX 530927<br>ATLANTA GA 30353-0927 |
| DEPARTAMENTO DEL TRABAJO<br>AVE MUÑOZ RIVERA 505<br>HATO REY PR 00918 | |
| FEDERAL LITIGATION DEPT OF JUSTICE<br>PO BOX 9020192<br>SAN JUAN PR 00902-0192 | |